

**FILED** JKS
3/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. |
| | ) | |
| v. | ) | Violation: Title 26, United States |
| | ) | Code, Section 7206(2) |
| | ) | |
| | ) | **1:26-cr-00110** |
| CHARLES NELSON | ) | **INFORMATION**    **Judge Joan H. Lefkow** |
| | | **Magistrate Judge Beth W. Jantz** |
| | | **Random/Cat 3** |

## COUNT ONE

THE UNITED STATES DEPARTMENT OF JUSTICE charges:

On or about April 15, 2022, in the Northern District of Illinois and elsewhere, Defendant CHARLES NELSON willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040 for Individual 1 for calendar year 2021, which was false and fraudulent as to a material matter. That tax return reported on a Schedule A, Itemized Deductions, that Individual 1 made $13,126 in gifts to charity by cash or check during 2021, whereas, as Defendant knew, Individual 1 had not made any gifts to charity by cash or check during 2021. That tax return further reported on a Schedule C, Profit or Loss from Business, that Individual 1 owned and operated a sole proprietorship that generated a net loss of $26,789, whereas, as Defendant knew, Individual 1 did not own or operate a sole proprietorship during 2021.

In violation of Title 26, United States Code, Section 7206(2).

1

**MICHELLE PETERSEN** Digitally signed by MICHELLE PETERSEN
Date: 2026.03.13 15:02:12 -05'00'

Signed by Michelle Petersen on behalf of the
UNITED STATES ATTORNEY

JOHN KANE
Criminal Division, Tax Section
United States Department of Justice

2